UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JACOB EISENBERGER, individually and on behalf of all others similarly situated

    Plaintiff,

vs.

CREDIT CONTROL, LLC d/b/a
CONTROL & COLLECTIONS, LLC

    Defendants.

---

Case No.: 22-cv-6183

## DEFENDANTS' NOTICE OF REMOVAL

Defendant Credit Control, LLC d/b/a Control & Collections, LLC ("Defendant" or "Credit Control") files this notice of removal of this action from the Supreme Court of the State of New York, Kings County, to the United States District Court for the Eastern District of New York as follows:

1. Plaintiff Jacob Eisenberger ("Plaintiff") filed his lawsuit on September 22, 2022, in the Supreme Court for the State of New York, Kings County.

2. This is a civil action based on Plaintiff's contention that Credit Control violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Credit Control has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition. Credit Control was served on September 23, 2022.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of a Civil Cover Sheet is attached hereto as **Exhibit B**.

8. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Supreme Court for the State of New York for Kings County.

9. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Credit Control respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

DATED:     October 13, 2022

**LIPPES MATHIAS LLP**

s/ Sean M. O'Brien
Sean M. O'Brien, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
T: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendants*